UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY JAMES GRAY

CIVIL ACTION

VERSUS

15-826-SDD-EWD

JEFF WINGHAM, ET AL.

### RULING AND JUDGMENT OF DISMISSAL

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 1, 2019, to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Petitioner's application for *habeas corpus* relief is hereby DENIED as untimely and this proceeding is hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability is hereby DENIED.

Baton Rouge, Louisiana the 18 day of March, 2019.

*[signature]*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.
[3] Rec. Doc. 17.